UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


STEVEN MICHAEL STONE,

       Plaintiff,

                                          Case No. 2:14-cv-160
v.                                 HON.  ROBERT  HOLMES  BELL

JEFF WOODS, et al.,

       Defendants.
_____/


REPORT AND RECOMMENDATION

Plaintiff Steven Michael Stone filed a request to voluntarily dismiss his case. (Docket #16).  Accordingly, it is recommended that the court grant that request and dismiss this case.  It is further recommended that the court deny defendants' motion for summary judgment (Docket #12) as moot.

NOTICE TO PARTIES:  Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b).  Failure to file timely objections constitutes a waiver of any further right to appeal. United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  See also Thomas v. Arn, 474 U.S. 140 (1985).


Dated: June 24, 2015

                                             /s/ TIMOTHY P. GREELEY
                                          TIMOTHY P. GREELEY
                                          UNITED STATES MAGISTRATE JUDGE