UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEVEN MICHAEL STONE,

       Plaintiff,

                                     Case No:  2:14-CV-160

v.

                                     HON. ROBERT HOLMES BELL

JEFF WOODS, et al,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## <u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

On June 24, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Plaintiff's request to voluntarily dismiss this case (ECF No. 16) be granted, and that Defendants' motion for summary judgment (ECF No. 12) be denied as moot.  (R&R, ECF No. 17.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the R&R (ECF No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's request to voluntarily dismiss this case (ECF No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF

No. 12) is **DENIED** as moot.


Dated: <u>July 20, 2015</u>                          <u>/s/ Robert Holmes Bell</u>
                                                     ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE